# EXHIBIT B

**CONSENT TO JOIN WAGE CLAIM**

Print Name: __Timothy_____

1. I hereby consent to participate in a collective action lawsuit against __Patriot Drilling Fluids__ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _*Timothy (Jun 13, 2017)*_____   Date Signed: __Jun 13, 2017_____