Case 2:17-cv-00914-AJS   Document 67   Filed 09/27/18   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| JOSHUA SERRETTE, TIMOTHY HEMPHILL, BARRY SERRETTE, CORY FISHER, individually and for others similarly situated, | § § § § § | Docket No. 2:17-cv-00914-AJS |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § | CLASS/COLLECTIVE ACTION |
| PATRIOT DRILLING FLUIDS, Q'MAX SOLUTIONS, Q'MAX AMERICA, INC. | § § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Approve Collective Action Settlement. The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein and (1) approves the settlement, including all of the terms set forth in the Settlement Agreement attached as Exhibit 1 to Plaintiff's Motion; (2) orders the Parties to implement and complete the notice and claims process described in the Settlement Agreement; and (3) orders that the Parties submit a joint Order dismissing all settlement opt-in class members after the settlement notice process is completed.

SIGNED on this 27th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE
Arthur J. Schwab